UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: **Jose Luis Rojas**  CASE NO.
*Debtor*

CHAPTER **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 18, 2014, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

**/s/ W. Matt Watson**
W. Matt Watson
Bar ID:24028878
Watson Law Firm, P.C.
1123 E. Rio Grande
El Paso, Texas 79902
(915) 562-4357

| | | |
|---|---|---|
| Accubank Mortgage<br>12377 Merit Drive Suite 600<br>Dallas, TX 75251 | Chase<br>xxxxxxxxx8722<br>Po Box 24696<br>Columbus, OH 43224 | Jose Luis Rojas<br>103 Horseshow Ct<br>Santa Teresa, NM 88008 |
| Amsher Coll<br>xxxx2829<br>600 Beacon Pkwy We<br>Birmingham, AL 35209 | Clear Spring Loan Serv<br>xxxxxx0608<br>7668 Warren Pkwy Ste 325<br>Frisco, TX 75034 | Linebarger Goggan Blair & Sampson, LLP<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 |
| Bank of America<br>xxxx4001<br>Attn: Correspondence Unit/CA6-919-02-41<br>PO Box 5170<br>Simi Valley, CA 93062 | Dona Ana County Assessor<br>845 N. Motel Blvd<br>Las Cruces, NM 88007 | Midland Funding<br>xxxxxx0686<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 |
| Bradley R. Sims<br>125 W Griggs<br>Las Cruces, NM 88001 | El Paso Tax Assessor-Collector<br>221 North Kansas Suite 300<br>El Paso, Texas 79901 | Nationstar Mortgage LLC<br>xxxxx0473<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville, TX 75067 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Jose Luis Rojas**             CASE NO.
*Debtor*

            CHAPTER    **13**
*Joint Debtor*

**CERTIFICATE OF SERVICE**
(Continuation Sheet #1)

---

Ocwen Loan Servicing I
xxxx2058
4828 Loop Central
Houston, TX 77081

University of Texas at El Paso
500 West University Avenue
El Paso, TX 79968

PNC Mortgage
xxxxxxxxx7251
3232 Newmark Dr
Miamisburg OH 45342

PNC Mortgage
3232 Newmark Dr
Miamisburg OH 45342

Southwest Support Group
5011 Indian School Road NE
Albuquerque, NM 87110

STUART C. COX
Standing Chapter 13 Trustee,
1760 North Lee Trevino Dr.
El Paso, TX  79936

The Castle Law Group, LLC
20 First Plaza NW Suite #602
Albuquerque, NM 87102