**Motion granted as Debtor opposition to Motion has been withdrawn.**



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 03, 2015.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: § 
 § CASE NO. 14-31345
JOSE LUIS ROJAS, § (Chapter 13)
 DEBTOR. §

### ORDER DISMISSING CASE

CAME ON FOR CONSIDERATION PNC Bank, N.A. ("PNC") and its Motion to Dismiss Case.

Having reviewed the Motion the Court finds there is sufficient cause for the requested relief to be

GRANTED. It is therefore

ORDERED this case is dismissed without prejudice.

### End of Order ###